UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdulkan Abid Ali,                          Civil 09-2803 JNE/FLN

    Plaintiff,

v.                                       O R D E R

Jim Kamin,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 9, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $339.83, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action iss dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."


DATED: _December 14, 2009.         s/ Joan N. Ericksen
at Minneapolis, Minnesota          JUDGE JOAN N. ERICKSEN
                                          United States District Court